# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

JUNE WISNIEWSKI

        Plaintiff,

    v.

TRAVELERS CASUALTY AND
SURETY COMPANY, et al.

        Defendants.

ORDER ON APPLICATION
TO PROCEED WITHOUT
PREPAYMENT OF FEES

Case Number: 09-cv-2998 (FSH)

Having considered the application to proceed without prepayment of fees under 28 U.S.C.§ 1915;

IT IS ORDERED that the application is:

✓ GRANTED, and

    ✓ The Clerk is directed to file the complaint, ~~and~~

    ~~IT IS FURTHER ORDERED that the clerk issue summons and the United States Marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.~~

    DENIED, for the following reasons:

    _____

    _____

    and the Clerk is directed to close the file.

Plaintiff may submit a filing fee of $350.00 within 30 days from the date of this order to reopen this case.

ENTERED this 27th day of July, 2009.

                                        /s/ Faith S. Hochberg
                                        Signature of Judicial Officer